


**U.S. Department of Justice**
United States Marshals Service

2011 SEP 20 P 12:21

U.S. MARSHAL
MILWAUKEE, WI

# DETAINER
## BASED ON FEDERAL JUDGMENT AND COMMITMENT

United States Marshal
Eastern District of Wisconsin
*(District)*

517 E. Wisconsin Ave., Suite 711
Milwaukee, WI 53202
414 297-3707

*(Return Address and Phone)*

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2011 SEP 21 A 8:28

JON A. SANFILIPPO
CLERK

*Please type or print neatly:*

TO: Dodge Correctional Inst.
P.O. Box 661
Waupun, WI 53963

DATE: 09/12/2011
SUBJECT: MATTHEWS, Juwan T.
AKA:
DOB/SSN: 04/22/1984
REF. # WI DOC # 371157-A
USMS #: 10937-089
CR #: E/WI 11-Cr-11

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the Eastern District of Wisconsin has issued a **Judgment and Commitment Order** against the subject. The attached **Judgment and Commitment Order** commits the subject to the custody of the U.S. Attorney General to serve the following sentence of imprisonment:

78 months; 3 years supervised release

***Supercedes detainer dated 4/7/2011***

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody of the subject for service of his Federal sentence of imprisonment. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible. The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer.

Please acknowledge receipt of this Detainer. In addition, please provide one copy of the Detainer to the subject and return one copy of the Detainer to this office in the enclosed self-addressed envelope.

**RECEIPT**
Date: 09/16/2011
Signed: Kad M. Faye
By: Kathleen M. Faye
Title: ORA 2

Very truly yours,

*(Signature)*

KEVIN A. CARR
U.S. Marshal

Requested by: Patricia A. Jacomet, Inv. Res. Spec

Form USM-16B
Rev. 04/05